UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| MJC SUPPLY, LLC | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:18-cv-01539-PKC-RER |
| -Against- | : | |
| CHRISTOPHER POWIS | : | |
| Defendant | : | |

------------------------------------------------------X

**DEFENDANT'S MOTION TO VACATE ENTRY OF DEFAULT**
FRCP RULE 55(C) MOTION TO SET
ASIDE CLERK'S ENTRY OF DEFAULT

**PLEASE TAKE NOTICE** that Defendant Christopher Powis (hereinafter refer to as "Defendant"), by counsel, Michael A. King, Esq. and respectfully move the Court for an Order vacating default judgment entered against Defendant Christopher Powis on June 4, 2018 pursuant to Fed. R. Civ. P. 55 (c).

The moving party relies upon the Certification of Counsel attached hereto in support of said motion.

Dated: June 20th , 2018

                                                                                   Respectfully submitted,
                                                                                    /s/        Michael A. King
                                                                                    Michael A. King (romeo1860@aol.com)*
                                                                                    41 Schermerhorn Street, PMB 228
                                                                                    Brooklyn, New York 11201
                                                                                    P: (646)-824-9710
                                                                                    F: (347) 227-1266
                                                                                    *Attorney for Defendant, Christopher Powis*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------X

| | | |
|---|---|---|
| MJC SUPPLY, LLC | : | |
| | : | |
| Plaintiffs, | : | Case No.: 1:18-cv-01539-PKC-RER |
| -Against- | : | |
| CHRISTOPHER POWIS | : | |
| Defendant | : | |

-------------------------------------------------X

**CERTIFICATION OF COUNSEL IN SUPPORT OF
DEFENDANT CHRISTOPHER POWIS' NOTICE OF MOTION TO VACATE
DEFAULT JUDGMENT**

Michael A. King, Esq, does hereby certify and affirm:

1. I am an Attorney-at-Law in the State of New York and is hereby has been retained to represent Defendant CHRISTOPHER POWIS (hereinafter refer to as "Defendant"), in connect with this matter, and as such, I am fully familiar with the facts of this case. I submit this certification in support of Defendant Christopher Powis's motion to vacate default judgment pursuant to Fed. R. Civ. P. 55 (c).

2. Pursuant to Fed. R. Civ. P. 55(c), a court may set aside an entry of default "[f]or good cause shown." Courts may consider a number of factors when determining whether to set aside an entry of default for good cause. *Matter of Dierschke*, 975 F.2d 181, 184-85 (5th Cir. 1992).

3. Defendant, Christopher Powis is respectfully requesting that the Court may set aside an entry of default for the cause of excusable neglect of Defendant as shown herein. By no mean did Defendant intentionally failed to fulfill his obligation with regard to responsive pleadings

4. On or about March 13, 2018, the Plaintiff commenced this civil action ("Action") by filing a Complaint in the Eastern District Court of New York.

5. The Complaint is for an entry of judgment by confession against herein Defendant to collect money related to a settlement agreement entered by the parties in a previous underlying action in this District, *MJC Supply, LLC. V. Evergreen Products LLC, Christopher Powis, and Todd Korte*, Case No.: 1:14-cv-07387-MKB-PK.

6. To date, Defendant's Answer is overdue and Defendant has not filed a pleading or motion under Rule 12 of the Federal Rules of Civil Procedure in response to the Complaint. Accordingly, under Rule 81(c)(2)(B), absent extension, Defendants' deadline to respond to the Complaint, arguably is on or about April 30, 2018.

7. Upon information and belief, Defendant was served three times and each time was through different method and/or services.

8. The addresses that were served were not Defendant's residence and/or current place of residence. Therefore, there were arguably improper service.

9. Upon information and belief, once Defendant had knowledge of Plaintiff's pleading, Defendant mistakenly computed periods regarding time of his deadline date in filing an Answer. Defendant did not intentionally decline to answer it.

10. Defendant intended to file an Answer and was seeking consultations with various attorneys regarding this case.

11. Defendant does not intend on retaining his previous attorney from the referenced underlying matter.

12. Defendant intended to seek a new and a suitable counsel to help litigate this matter and to respond to the pleading.

13. Due to Defendant own careless of timing, by the time that the undersigned herein had been retained by Defendant on or about May 2018, the response to the pleading had been late.

14. With regard to the underlying action in this District, *MJC Supply, LLC. V. Evergreen Products LLC, Christopher Powis, and Todd Korte*, Case No.: 1:14-cv-07387-MKB-PK. Parties had settlement agreement for far less than judgment herein and movant herein in good faith had made over 1 year of payments, bringing the balance down to approximate of $380k. Defendant would like to be given the opportunity to response to the pleading with litigable defenses.

15. That the entry of default would produce a harsh or unfair result because Defendant is being sued personally herein unlike in the underlying matter.

16. For reasons of judicial economy, to reduce costs, and to provide fairness to all parties including movant herein to litigate the merits of the matter as opposed to having a procedural default entered, an order vacating the default and permitting the filing of an answer by movant herein is warranted for just cause.

17. Defendant is respectfully requesting that the Court consider the equities of the prejudice he would suffer if not allowed to answer. Plaintiff has not suffered any prejudice by the brief delay.

18. The delay has minimal impact in the proceedings as the Court has not yet set this matter for discovery schedule or trial.

19. Prior to filing this motion, the undersigned herein have attempted to contacted Plaintiff's Counsel and conferred with counsel to Plaintiffs to enter into a stipulation in extending time to file an response on or about May 13, 2018, and Plaintiffs have rejected to the request.

20. Defendant have the intention to file respond to the pleading at all time but was not

**WHEREFORE**, in consideration of the foregoing, Defendant, Christopher Powis pray that the premises considered, this FRCP Rule 55(c) Motion to Set Aside Clerk's Entry of Default be granted, the entry of default be set aside and vacated and, after due proceedings are had, plaintiff's suit be dismissed at plaintiff's cost.

Dated: June 20th , 2018

Respectfully submitted,
/s/        Michael A. King
Michael A. King (romeo1860@aol.com)*
41 Schermerhorn Street, PMB 228
Brooklyn, New York 11201
P: (646)-824-9710
F: (347) 227-1266
*Attorney for Defendant, Christopher Powis*

To: Barbara L. Gibson
KOHN, SWIFT, & GRAF, P.C.
Barbara Gibson (bgibson@kohnswift.com)
One South Broad Street, Suite 2100
Philadelphia, PA 19107
P: (215) 238-1700
F: (215) 238-1968
*Attorney for Plaintiff, MJC Supply, LLC.*

## CERTIFICATE OF SERVICE

I, MICHAEL A. KING, ESQ, HEREBY CERTIFY that on the 20th day of June 2018, I will electronically file the foregoing "Defendant's Motion to VACATE Entry of Default Under Fed. R. Civ. P. 55 (c)" with the Clerk of Court using the CM/ ECF system, which will than send notice of electronic filing to registered persons electronically noticed and/or notification of such filing to the following parties:

Barbara L. Gibson
KOHN, SWIFT, & GRAF, P.C.
Barbara Gibson (bgibson@kohnswift.com)
One South Broad Street, Suite 2100
Philadelphia, PA 19107
P: (215) 238-1700
F: (215) 238-1968
*Attorney for Plaintiff, MJC Supply, LLC.*

Respectfully submitted,
/s/_____Michael A. King_____
Michael A. King (romeo1860@aol.com)*
41 Schermerhorn Street, PMB 228
Brooklyn, New York 11201
P: (646)-824-9710
F: (347) 227-1266
*Attorney for Defendant, Christopher Powis*